# COMPLAINT

**(for filers who are prisoners without lawyers)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



U.S. District Court
Wisconsin Eastern

JUL 17 2023

FILED
Clerk of Court

(Full name of plaintiff)

Jacorey Chapman

v.

(Full name of defendant(s))

C.O Carr

Case Number:

_____

(to be supplied by Clerk of Court)

## A.   PARTIES

1.   Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

Racine youthful offender correction
(Address of prison or jail)

2.   Defendant __C.O Car__
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for *Racine youthful offender correctional*
*1501 Albert st*
*Racine, WI, 53404* (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

On 4-18-23 while In Route to
a Doctors appointment In wawatosa, wI
At freadort hospital upon arrival
while In the care of C.O carr
we where Involed In a car accident
do to her not paying attention
wawatosa Police where called
a Incident Report was filed
I was then taken to the emergency
Room to do mi ato minor head neck & back
Pain's from hiting my head.

Complaint – 2

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $100,000.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

If my Lawsuit is won i will Like the court to award me $100,000 & to have me moved to a different Jail

Case 2:23-cv-00954-PP   Filed 07/17/23   Page 3 of 4   Document 1

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___July___ day of ___11___ 20_23_.

Respectfully Submitted,

_Jacorey Chapman_
Signature of Plaintiff

_628311_
Plaintiff's Prisoner ID Number

_Racine youthful offender correctional_
_1501 albert st Racine, WI 53404_
(Mailing Address of Plaintiff)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5