Case-no. 23-cv-954-PP

I'm writing you about a problem that i been having with filing case No-23-cv-954-PP my case was dismissed because the prisons business office sent the the filing fee to milwaukee county court house which i don't see how this mistake was made because i gave the the right address the court room they sent it to sent me a letter saying that, it was the wrong courtroom i sent a copy of this letter to your clerk of court in your building the business office said they talked to someone in your building that told them to send a check with a letter Explaining what happened i Also had a family member call down there & they said they did Receive the filing fee but my case was still saying it was closed what else can i do to get my case reopended because i feel this was not a mistake on my end.

2023 NOV -1 P 3:31
CLERK USDC EDWI